No. 88–6171. TURNER v. CALIFORNIA. Sup. Ct. Cal.. Certiorari denied.

No. 88–6172. RAGHEB v. BLUE CROSS & BLUE SHIELD OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 88–6173. LEVY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6174. ROTMAN v. WORCESTER HOUSING AUTHORITY. C. A. 1st Cir. Certiorari denied.

No. 88–6175. RYNKIEWICZ v. JEANES HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6176. MAULDIN v. FIELDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6178. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6179. MCDEVITT v. BLUMENSTEIN. C. A. 3d Cir. Certiorari denied.

No. 88–6182. ORTEGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6183. EDWARDS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–6184. SLABY v. AMERICAN PHYSICAL SOCIETY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–6185. HALL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–6186. HERBAGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6191. BAKER v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 88–6192. JACKSON v. DUTTON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.